THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.*
HARRY FARBER, Appellant.

*People* v. *Farber*, 115 App. Div. 900, appeal dismissed.
(Submitted January 28, 1907; decided February 1, 1907.)

MOTION to dismiss an appeal from an order of the Appellate
Division of the Supreme Court in the first judicial department,
entered November 23, 1906, which affirmed a judgment of the
Court of Special Sessions in the city of New York rendered upon
a verdict convicting the defendant of the crime of unlawful entry.

The motion was made upon the ground of failure to
prosecute the appeal.

*William Travers Jerome*, District Attorney (*E. Crosby
Kindleberger* of counsel), for motion.

No one opposed.

Motion granted and appeal dismissed.

---

ISAAC T. BROWN, Appellant, *v.* MARY C. LEARY, as Adminis-
tratrix of the Estate of JAMES D. LEARY, Deceased,
Respondent.

*Brown* v. *Leary*, 100 App. Div. 421, appeal dismissed.
(Submitted January 18, 1907; decided February 1, 1907.)

APPEAL from a final judgment in favor of defendant, entered
February 21, 1905, by default, after failure of plaintiff to com-
ply with the terms of an order of the Appellate Division of the
Supreme Court in the first judicial department, which reversed
an interlocutory judgment of Special Term · overruling a
demurrer to the complaint and sustained such demurrer,
with leave to amend upon payment of costs in an action to
recover for the conversion of certain pledged securities.

*Benjamin E. De Groot* and *Samuel Campbell* for appellant.

*Albert A. Wray* and *Stephen Callaghan* for respondent.

Appeal dismissed, with costs ; no opinion.

Concur : CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT,
VANN, WERNER, HISCOCK and CHASE, JJ.